**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Guy Earl Wall
Wall, Bullington & Cook, LLC
540 Elmwood Park Blvd
Harahan LA 70123

**REHEARING ACTION: December 17, 2014**

**Docket Number: 14   00475-CA**

**HILCORP ENERGY I, L.P.**
**VERSUS**
**MERRITT OPERATING, INC.**

**Appealed from St. Martin Parish Case No. 75441**

**<u>BEFORE JUDGES</u>:**

   **Hon. J. David Painter**
   **Hon. James T. Genovese**
   **Hon. Phyllis M. Keaty**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Merritt Operating, Inc.** has this day been

   **DENIED.**

cc: George Hardy Robinson, Counsel for the Appellant